IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DEMETRIUS CRUTCHFIELD**                                          **PLAINTIFF**

**V.**                 **CASE NO. 3:19-CV-277-DPM-BD**

**ANTHONY**, *et al*.                                                 **DEFENDANTS**

## ORDER

Mr. Crutchfield has notified the Court that officials at the Greene County Detention Facility have refused to complete the jail account portion of his *in forma pauperis* (IFP) application. (Docket entry #3) The Clerk of Court is directed to enclose another IFP application, along with a copy of this Order. Mr. Crutchfield's complete IFP application is now due on or before December 2, 2019.

In addition, the Clerk is instructed to provide a copy of this Order to the Warden/Director of the Greene County Detention Facility, 1809 North Rockingchair Road, Paragould, Arkansas 72450.

Mr. Crutchfield should promptly notify the Court if he Detention Facility officials continue to refuse to assist him. If such conduct continues, the Court will schedule an emergency hearing to resolve this preliminary issue.

IT IS SO ORDERED, this 8th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE