# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DEMETRIUS CRUTCHFIELD**                                    **PLAINTIFF**

v.                          No. 3:19-cv-277-DPM-BD

**ANTHONY, Doctor, Greene**
**County Detention Center,** *et al.*                        **DEFENDANTS**

## ORDER

**1.** Crutchfield agrees that the Detention Center is not a proper Defendant in this lawsuit. № 8. The Court adopts Magistrate Judge Deere's unopposed partial recommendation, № 7. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Crutchfield's claims against the Greene County Detention Center are dismissed with prejudice.

**2.** Crutchfield has provided corrected names for Defendants Alicia Hubble and Officer Cate. № 8. The Court directs the Clerk to update the docket accordingly.

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 January 2020