IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEMETRIUS CRUTCHFIELD**                                                      **PLAINTIFF**

**V.**             **CASE NO. 3:19-CV-277-DPM-BD**

**ANTHONY CARTER,** *et al*.                                                   **DEFENDANTS**

## ORDER

The Clerk of Court is directed to update the docket sheet to include corrections to the following names of Defendants, pursuant to their recent Answers: Anthony, Doctor, to Anthony Carter, Nurse; Trowbridge to Jamie Townbridge; T. Huggin to Terrin Huggins; Johnson to Kim Johnson; Lisa Hubble to Alyssa Hubble; and Tate to Cate.

Counsel for the County Defendants is directed to file a response to this Order within 30 days updating the full names of Defendants Sgt. Johnson, Harris, Ford, Cate and Gibson.

IT IS SO ORDERED, this 21st day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE