**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DEMETRIUS CRUTCHFIELD**                                                    **PLAINTIFF**

**V.**                              **CASE NO. 3:19-CV-277-DPM-BD**

**ANTHONY CARTER,** *et al.*                                               **DEFENDANTS**

## ORDER

Mr. Crutchfield has filed papers requesting information about the status of this lawsuit. (Doc. No. 52) On June 9, Defendants notified the Court that they will not file a motion for summary judgment based on failure to exhaust the grievance process. (Doc. No. 51, 53) Therefore, the Court will issue a new scheduling order concerning discovery and dispositive motions on the merits of Mr. Crutchfield's claims.

Mr. Crutchfield has also requested that the Court add a label to all mail sent to him from the Court: "open in the presence of the inmate." That request is DENIED. Correspondence from the Court is not privileged. *Jensen v. Klecker*, 648 F.2d 1179, 1182 (8th Cir. 1981) (privileged prisoner mail is mail to or from an inmate's attorney and identified as such). The Clerk is directed to terminate the motion for status (Doc. No. 52).

IT IS SO ORDERED, this 9th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE