# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DEMETRIUS CRUTCHFIELD**                                                             **PLAINTIFF**

**V.**                       **CASE NO. 3:19-CV-277-DPM-BD**

**ANTHONY CARTER,** *et al***.**                                                         **DEFENDANTS**

## ORDER

Defendants Carter, Huggins, Johnson, and Trowbridge (Medical Defendants) have moved for summary judgment on all claims raised against them in this lawsuit. (Doc. No. 60) Mr. Crutchfield may oppose the motion by filing a response no later than Monday, October 12, 2020.

In opposing the motion for summary judgment, Mr. Crutchfield may attach affidavits that he or others have signed. Because affidavits are sworn statements, they must be either notarized or declared under penalty of perjury (see 28 U.S.C. § 1746). Unsworn statements will not be considered in deciding the motion for summary judgment. And to be considered, an affidavit must be based on the personal knowledge of the person who signs it.

If Mr. Crutchfield files a response, he must also file a separate, short statement setting forth the disputed facts that he believes must be decided at a trial. See Local Rule 56.1, Rules of the United States District Court for the Eastern District of Arkansas.

While Mr. Crutchfield is not required to respond to the Medical Defendants' motion, if he does not respond, the Court may deem as true the facts set out in the Medical Defendants' statement of undisputed facts (Doc. No. 62).

2

In addition, the Greene County Defendants have moved for additional time to file their motion for summary judgment. (Doc. No. 63) For good cause, the motion is GRANTED. The Greene County Defendants' motion for summary judgment is now due by October 2, 2020.

IT IS SO ORDERED this 24th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE