# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DEMETRIUS CRUTCHFIELD**                                                                **PLAINTIFF**

**V.**                          **CASE NO. 3:19-CV-277-DPM-BD**

**ANTHONY CARTER,** *et al.*                                                         **DEFENDANTS**

## ORDER

Defendants Carter, Huggins, Nurse Johnson, and Townbridge[1] (Medical Defendants) have moved for summary judgment on the claims raised against them in this lawsuit. (Doc. No. 60) They limit their argument, however, to Mr. Crutchfield's claims that they failed to provide him adequate pain medication and failed to provide him a special diet.

On May 5, the Court dismissed Mr. Crutchfield's claims against Medical Defendants for failing to provide pain medication and a special diet. (Doc. No. 49) The only claims remaining against the Medical Defendants are claims that they were all deliberately indifferent to Mr. Crutchfield's need for a right tennis shoe for nearly three weeks and that Nurse Johnson failed to protect him from excessive force. The Medical Defendants did not address the pending claims in their motion for summary judgment.

The Medical Defendants' motion for summary judgment is DENIED, as moot.

IT IS SO ORDERED, this 28th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk has updated the docket sheet to correctly reflect Defendant Townbridge's name. (Doc. No. 29) The Medical Defendants, however, continue to refer to this Defendant as Jami Trowbridge.