IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DEMETRIUS CRUTCHFIELD
#31816-009                                                                          PLAINTIFF

v.                          No. 3:19-cv-277-DPM-BD

ANTHONY CARTER, Nurse,
Greene County Detention Center, *et al.*                           DEFENDANTS

## ORDER

Crutchfield's address changed about a week before Defendants filed their supplemental motion for summary judgment. *Doc. 77*. It's therefore unclear whether Crutchfield received those papers. The Court directs the Clerk to send a copy of the supplemental motion papers, *Doc. 74–76*, and another copy of Magistrate Judge Deere's recommendation, *Doc. 78*, to Crutchfield's updated address. If Crutchfield wants to respond to the motion or object to the recommendation, then he must do so by 8 January 2021.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 December 2020