# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**DEMETRIUS CRUTCHFIELD**
**#31816-009**                                                                    **PLAINTIFF**

v.                                      **No. 3:19-cv-277-DPM**

**ANTHONY CARTER, Nurse,**
**Greene County Detention Center,** *et al.*                    **DEFENDANTS**

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's careful recommendation, *Doc. 78*, and overrules Crutchfield's objections, *Doc. 81*. FED. R. CIV. P. 72(b)(3).

Two notes on the excessive force claim: First, Crutchfield says that he moved to subpoena the video footage and doesn't know why the Court didn't grant the motion. But that motion was filed in Crutchfield's other lawsuit, not in this case. *Doc. 35* in E.D. Ark. No. 3:19-cv-276-BSM-JTK. Second, Crutchfield says he wasn't being disruptive. *Doc. 81 at 3*. But Defendants supported their motion with sworn affidavits about what happened that day. *Doc. 67-7 & Doc. 67-8*. Crutchfield can't rest on the allegations in his unsworn complaint and objections. *Doc. 2 & Doc. 81*. Instead, he must meet proof with proof to show a genuine issue of material fact. *Conseco Life Insurance Co. v. Williams*, 620 F.3d 902, 910 (8th Cir. 2010). He hasn't.

Motions for summary judgment, *Doc. 65 & 74*, granted. Crutchfield's remaining claims will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*15 January 2021*