IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DEMETRIUS CRUTCHFIELD
#31816-009                                                                                      PLAINTIFF

v.                                        No. 3:19-cv-277-DPM

ANTHONY CARTER, Nurse,
Greene County Detention Center, et al.                                         DEFENDANTS

## JUDGMENT

Crutchfield's claims against Defendant Black are dismissed without prejudice. His claims about his pain medication and his request for a special diet are dismissed without prejudice, too. All other claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 January 2021